TONY WEST
Assistant Attorney General

ARTHUR R. GOLDBERG
Assistant Director, Federal Programs Branch

ETHAN P. DAVIS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9242
Fax: (202) 616-8470
Ethan.P.Davis@usdoj.gov

*Attorneys for the United States (Defendants)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JARVIS MASTERS,<br><br>Plaintiff,<br><br>v.<br><br>ERIC HOLDER, in his official capacity as Attorney General; JOSEPH RUSSONIELLO, in his official capacity as United States Attorney; ROBERT MUELLER, in his official capacity as Director of the Federal Bureau of Investigation; MICHELLE LEONHART, in her official capacity as Acting Administrator of the Drug Enforcement Administration; and DOES 1-50, inclusive,<br><br>Defendants. | No. 3:09-cv-05289-VRW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

This matter is set for a Case Management Conference before the Court on February 25, 2010. After conferring, the parties believe it is possible this matter can be resolved without the need for a Case Management Conference or the filing of dispositive motions. The United States is currently searching for and reviewing records that are potentially responsive to Plaintiff's

Touhy request. Because the search for documents is not yet complete, the parties believe that more time would be helpful in order to identify the differences, if any, that exist between them. Accordingly, the parties request the Court to continue the Case Management Conference until ~~April 15~~ May 6, 2010, or until such other time is convenient for the Court.

Pursuant to ECF General Order 45X, I, Ethan P. Davis, attest that Joseph Baxter, counsel for plaintiff, concurs in the filing of this stipulation.

DATED: February 12, 2010                Respectfully submitted,

s/ Joseph Baxter
JOSEPH BAXTER
RICHARD I. TARGOW
Attorneys at Law

COUNSEL FOR PLAINTIFF

TONY WEST
Assistant Attorney General

ARTHUR R. GOLDBERG
Assistant Director

s/ Ethan Davis
ETHAN P. DAVIS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9242
Fax: (202) 616-8470
Ethan.P.Davis@usdoj.gov

ATTORNEYS FOR THE DEFENDANTS

1     GOOD CAUSE APPEARING, the Case Management Conference currently set for

2 February 25, 2010, is continued to ~~April 15~~ May 6, 2010, at 3:30 p.m.

4     PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Dated: 2/16/2010



_____
VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

-3-

No. 3-09-cv-05289-VRW — Stipulation
To Continue Case Management Conference
And [Proposed] Order