1  TONY WEST
   Assistant Attorney General
2
   ARTHUR R. GOLDBERG
3  Assistant Director, Federal Programs Branch          *E-Filed 4/27/11*

4  ETHAN P. DAVIS
   Trial Attorney
5  U.S. Department of Justice
   Civil Division, Federal Programs Branch
6  20 Massachusetts Avenue, N.W.
   Washington, D.C. 20530
7  Telephone: (202) 514-9242
   Fax: (202) 616-8470
8  Ethan.P.Davis@usdoj.gov

9  *Attorneys for the United States (Defendants)*

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
                                          )   No. 3:09-cv-05289-RS
14  JARVIS MASTERS,                       )
                                          )   **STIPULATION TO CONTINUE CASE**
15             Plaintiff,                 )   **MANAGEMENT CONFERENCE AND**
                                          )   **[PROPOSED] ORDER**
16        v.                              )
                                          )   AS MODIFIED
17  ERIC HOLDER, in his official capacity )
    as Attorney General; JOSEPH           )
18  RUSSONIELLO, in his official capacity )
    as United States Attorney; ROBERT     )
19  MUELLER, in his official capacity as  )
    Director of the Federal Bureau of     )
20  Investigation; MICHELLE LEONHART,     )
    in her official capacity as Acting    )
21  Administrator of the Drug Enforcement )
    Administration; and DOES 1-50, inclusive, )
22                                        )
               Defendants.                )
23  _____)

24       This matter is set for a Case Management Conference before the Court on May 5, 2011.

25  After conferring, the parties believe it is possible this matter can be resolved without the need for

26  a Case Management Conference or the filing of dispositive motions.  In response to plaintiff's

27  *Touhy* request, defendants have provided responsive documents to plaintiff's counsel.  Now, the

28

                                          No. 3-09-cv-05289-RS — Stipulation
                                          To Continue Case Management Conference
                                          And [Proposed] Order

1 parties are discussing whether the case can be voluntarily dismissed. Although the parties are
2 hopeful an agreement will be reached shortly, more time is necessary to finalize the details.
3 Accordingly, the parties request that the Court continue the Case Management Conference until
4 May 19, 2011, or until such other time is convenient for the Court.

5      Pursuant to ECF General Order 45X, I, Ethan P. Davis, attest that Richard I. Targow,
6 counsel for plaintiff, concurs in the filing of this stipulation.

7 DATED: April 27, 2011          Respectfully submitted,

                                            s/ Richard I. Targow
                                            JOSEPH BAXTER
                                            RICHARD I. TARGOW
                                            Attorneys at Law

                                            COUNSEL FOR PLAINTIFF

                                            TONY WEST
                                            Assistant Attorney General

                                            ARTHUR R. GOLDBERG
                                            Assistant Director

                                            s/ Ethan P. Davis
                                            ETHAN P. DAVIS
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue, N.W.
                                            Washington, D.C. 20530
                                            Telephone: (202) 514-9242
                                            Fax: (202) 616-8470
                                            Ethan.P.Davis@usdoj.gov

                                            ATTORNEYS FOR THE DEFENDANTS

1    GOOD CAUSE APPEARING, the Case Management Conference currently set for May
2 5, 2011, is continued to ~~May 19, 20~~11, at 10:00 a.m.
3                June 2, 2011
4    PURSUANT TO STIPULATION, IT IS SO ORDERED.
5 Dated:    April 27, 2011



7                        _____
                         RICHARD SEEBORG
8                        UNITED STATES DISTRICT JUDGE